**Brenda OWSLEY, Appellant,**

v.

**Clayton BRITTAIN, Respondent.**

No. WD 67103.

Missouri Court of Appeals, Western District.

June 29, 2007.

Seth D. Shumaker, Esq., Kirksville, MO, for appellant.

Milton E. Harper, Jr., Esq., Columbia, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and SPINDEN, JJ.

## ORDER

PER CURIAM.

Mother appeals the trial court's award to Father of attorneys' fees pending appeal. Mother claims: (1) the award was barred by collateral estoppel; and (2) the trial court failed to consider statutory factors in making the award. Mother's arguments are without merit. Affirmed. Rule 84.16(b).